**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARCELL DIXON, as Administratrix of the Estate of Haywood Dean Dixon, Jr., deceased, Plaintiff** | : | **No. 1:25cv1214** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **YORK COUNTY PENNSYLVANIA; YORK COUNTY PRISON BOARD; JOHN/JANE DOE PRISON GUARDS 1–10; JOHN/JANE DOE PRIMECARE MEDICAL, INC EMPLOYEES 1–10; PRIMECARE MEDICAL, INC; SOLICITOR, JONELLE HARTER ESCHBACH; and WARDEN, ADAM OGLE, Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, to wit, this 17th day of September 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) York County Pennsylvania and York County Prison Board's ("York County Defendants") motion to dismiss, (Doc. 15), is **GRANTED** in part and **DENIED** in part;

   a. The motion to strike allegations in the complaint is **GRANTED** as to Paragraphs 169–74 of the complaint; the motion to strike is otherwise **DENIED**;

b. The remainder of the York County Defendants' motion to dismiss is **GRANTED**;

2) PrimeCare Medical Inc.'s ("PrimeCare") motion to dismiss, (Doc. 17), is **GRANTED**;

3) Dismissal of the claims against Solicitor, Jonelle Harter Eschbach and PrimeCare is without prejudice;

4) Plaintiff will have 30 days to file an amended complaint in accordance with the accompanying memorandum and the parties' stipulation, (Doc. 27).

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**